**BENJAMIN P. DAVIS**
California Bar No.: 275918
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Facsimile: (619) 687-2666
E-Mail: Benjamin_davis@fd.org

Attorneys for Ms. Campos

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.: 12MJ9129** |
| Plaintiff, | |
| v. | **Notice of Appearance** |
| **MARIA MAGDALENA CAMPOS,** | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, **Benjamin P. Davis**, Federal Defenders of San Diego, Inc., files this Notice of Appearance as **lead attorney** in the above-captioned case.

Respectfully submitted,

Dated:  November 13, 2012
*s/ Benjamin P. Davis*
**BENJAMIN P. DAVIS**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Campos

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been electronically served this day upon:

**United States Attorneys Office**
**Efile.dkt.gc2@usdoj.gov**

Respectfully submitted,

Dated:  November 13, 2012         ***s/ Benjamin P. Davis***
                                                 **BENJAMIN P. DAVIS**
                                                 Federal Defenders of San Diego, Inc.
                                                 Attorneys for Ms. Campos